WANTZELIUS, OLIVER & CO., DEMANDANTE Y APELADA, *v.*
G. CORRADA & CO., DEMANDADA Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Ponce en pleito sobre resolución de contrato e indemnización de daños y perjuicios.

No. 1422.—Resuelto en julio 10, 1916.

DAÑOS Y PERJUICIOS—INCUMPLIMIENTO DE CONTRATO—COMERCIANTES—REVENTA.— En este caso fué celebrado un contrato para la venta de café que debía ser entregado en diciembre de 1914 en que ambas partes eran comerciantes. El contrato no fué cumplido y se pidieron daños y perjuicios consistentes en lo dejado de ganar por virtud de reventa concertada a un precio mayor que el de venta. El demandado alegó que sólo era responsable de aquellos daños que regularmente pudieran ser previstos. *Se resolvió:* que siendo ambas partes comerciantes, el demandado pudo prever de acuerdo con el artículo 1074 del Código Civil, que el demandante había comprado para revender, por lo que fué confirmada la sentencia en favor del demandante.

Los hechos están expresados en la opinión.

Abogados de la apelante: *Sres. José y Manuel Tous Soto.*

Abogado de la apelada: *Sr. A. F. Castro.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

En este caso no existe verdadera discusión sobre los hechos, pero la apelante insiste en que admitiendo que ella hubiera dejado de cumplir con su contrato, solamente era responsable por la diferencia en el precio que tenían en el mercado los artículos que se convino en vender y no por ninguna suma adicional. La apelada, sin embargo, presentó prueba tendente a mostrar que celebró un contrato con la apelante para la entrega de café en diciembre de 1914, y que dicha apelada tenía celebrado otro contrato sobre entrega de café en Génova a un precio más alto. La corte dictó sentencia a favor de la demandante y apelada.

La apelante cita el artículo 1074 del Código Civil con el objeto de demostrar que solamente debe hacérsele responsable por los daños y perjuicios que regularmente pudieron ser previstos y no por aquellos que surgen de un contrato

desconocido que existe entre la apelada y una mercantil en Génova. El artículo 1073 del Código Civil dispone lo relativo a la ganancia dejada de obtener, cuando en relación con el artículo 1074 dichas ganancias pueden ser previstas. La apelada, sin embargo, llama la atención hacia el hecho de que ambas partes eran comerciantes y que la apelante pudo prever que la apelada celebró un contrato de compraventa con el objeto de revender, con cuya alegación estamos de acuerdo. Véase en cuanto al particular a Sánchez Román, 4 Derecho Civil, página 295, citado por ambas partes.

La sentencia debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.